UNITED BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | ' | |
| | ' | CASE NO. 21-10224-TMD |
| Humberto Bonelly Labrada | ' | |
| | ' | CHAPTER 7 |
| Debtor | ' | |

## MOTION TO CONVERT CASE TO CHAPTER 13

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE OF SAID COURT:

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

Humberto Bonelly Labrada, Debtor, files this Motion to Convert to Chapter 13 and respectfully show this Court the following:

1. The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on March 30, 2021. A trustee was appointed and a meeting of creditors was held on May 6, 2021 with reset meetings on May 27, 2021, June 17, 2021, and July 8, 2021. No prior conversion has been entered in this case pursuant to sections 706 or 1112 or 1207 of the Bankruptcy Code.

2. Debtor agreed to and signed a Waiver of Discharge on July 19, 2021 (Doc#34). Debtor wishes to convert this case to a Chapter 13 and pay all claims 100%.

3. The Debtor is eligible under section 109 of the Bankruptcy code to be Debtor under Chapter 13.

WHEREFORE, the Debtor respectfully requests that this case be converted to a Chapter 13.

Respectfully submitted,

LAW OFFICE OF MICHAEL BAUMER
7600 Burnet Road
Suite 530
Austin, TX 78757
512-476-8707
Fax 512-476-8604
baumerlaw@baumerlaw.com


By:/s/Michael Baumer
   Michael Baumer -01931920
   Megan Baumer-01931915

## **CERTIFICATE OF SERVICE**

I, the above signed, do hereby certify that a true and correct copy of the foregoing document was served via first class mail (unless otherwise indicated below) to the following parties in interest:

Amex
P.o. Box 981537
El Paso, TX 79998

Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE 19899

Becket & Lee, LLP
PO Box 3002
Malvern, PA 19355-0702

Capital One Bank
Po Box 31293
Salt Lake City, UT 84131

Cavalry Portfolio Serv
500 Summit Lake Drive
Valhalla, NY 10595

Chase
Po Box 15369
Wilmington, DE 19850

Citi
Po Box 6217
Sioux Falls, SD 57117

Conn Appliances Inc
Box 2358
Beaumont, TX 77704

Discover
Pob 15316
Wilmington, DE 19850

East Harbor Financial
12360 NW South River Drive Ste B
Miami, FL 33178

Financial Pacific Leasing
3455 S 344th Way STE 300
Federal Way, WA 98001

Freedom Trucking
12221 Merit Drive
Dallas, TX 75251

Humberto Bonelly Labrada
12501 Tech Ridge Blvd, #221
Austin, TX 78753

Ironwood Finance, Inc
800 North Shoreline Blvd $1500s
Corpus Christ, Tx 78401

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804

Midland Credit Management
320 East Big Beaver
Troy, MI 48083

Portfolio Recov Assoc
120 Corporate Blvd Ste 100
Norfolk, VA 23502

Reliant Towing
1000 Slaughter Creek Dr
Austin, Tx 78748

San Paloma Apartments
12501 Tech Ridge Blvd
Austin, TX 78753

Synchrony Bank
Att: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

Transport Funding
8717 W 110th St #700
Overland Park, KS 66210

University Federal Credit Union
Po Box 9350
Austin, TX 78766

and via electronic notice to the following registered CMECF users:

US Trustee
903 San Jacinto
Austin, TX 78701

Ron Satija, Trustee
PO Box 660208
Austin, TX 78766

Hayward PLLC
Jamie Kirk & Mark Newton
10501 N. Central Expressway #106
Dallas, TX 75231

Christopher V. Arisco
PADFIELD & STOUT, L.L.P.
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102

Dated: August 18, 2021